## WOOD DESIGN, INC. *v.* ALBERT GAROFALO
## (14650)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## CENTERBANK *v.* NEWO, INC., ET AL.
## (15494)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.

## FOUNDERS BANK *v.* KOGUT ENTERPRISES, INC., ET AL.
## (15007)

Landau, Heiman and Hennessy, Js.

Submitted on briefs September 30—officially released October 22, 1996

Per Curiam. The judgment is affirmed.